AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Eaton Brown Telephone: (313) 226-9100
Special Agent: Brian Koczenasz Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Anthony Palazzolo

Case No. 26-mj-30655

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications Involving Threats |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Brian Koczenasz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature: Elizabeth A. Stafford]
*Judge's signature*

Date: October 17, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brian Koczenasz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit based on my experience and background as a Special Agent with the Federal Bureau of Investigation and on that of my fellow agents/task force officers (TFOs), information provided by other state and federal law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I am a Special Agent with the Federal Bureau of Investigation and have been since April 2016. I am currently assigned as a Special Agent to the FBI's Joint Terrorism Task Force in Detroit, Michigan. As part of my current duties, I investigate federal criminal violations related to domestic terrorism, and threats of violence, including threats communicated over phone and through the use of the internet. Such matters often involve violations of 18 U.S.C. § 875(c), Interstate Communications Involving Threats. I have personally participated in this investigation, and I am thoroughly familiar with the information contained in this affidavit.

3. The purpose of this affidavit is to establish probable cause that on or about October 8, 2026, in the Eastern District of Michigan, Southern Division, Anthony Daniel PALAZZOLO (PALAZZOLO), (DOB XX/XX/1984) violated 18 U.S.C. § 875(c), Interstate Communications Involving Threats.

4. 18 U.S.C. § 875(c) states "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both." The government is required to prove: first, the defendant knowingly transmitted a communication; second, the communication contained a threat to kidnap or injure a particular person or a particular group of individuals; third, the defendant transmitted the communication for the purpose of making a threat, knowing the communication would be viewed as a threat, or with reckless disregard for whether others would perceive the communication as a threat; and fourth, the communication was transmitted in interstate or foreign commerce.

**PROBABLE CAUSE**

5. On Thursday, October 8, 2026, at 6:46 a.m. Eastern Time, the National Threat Operations Center (NTOC) Operations Control Center (OCC) processed an electronic tip submitted by the Director's Strategic Information Center (DSIC). The tip, which originated with the Director's Office Protective Services Section (PSS), concerned a Facebook message sent to Victim-1 (V-1) threatening V-1 and V-1's

associate, Federal Official-1 (FO-1), both of whom live outside the State of Michigan. The post, authored the same day, originated from PALAZZOLO'S Facebook account, and was sent directly to V-1. In the message, the author (who self-identified as, "Baby Bird"), told V-1 he "put a hit on [V-1]" and that "[FO-1] he a dead mf too."

6. Detailed below is PALAZZOLO'S Facebook post threatening to kill V-1 and FO-1, which was sent by PALAZZOLO, directly to V-1:

a. "This is Baby Bird i put a hit on you and btw [FO-1] he is a dead mf too. Tell his punk ass I said it and go see [A.J.] Mdoc #XXX15 at [X] Cf in [X] Michigan he will kill you too. Im a expose artist you dumb bitch. Tell him to catch out like [J.C.]".

b.




7. Contained within the threatening post was the Facebook username ANTHONY PALAZZOLO and the associated TikTok account username of "Anthony_palazzolo82." Utilizing databases available to law enforcement, investigating agents were able to determine that the individual utilizing the Facebook username of ANTHONY PALAZZOLO and the associated TikTok account username of "Anthony_palazzolo82", was ANTHONY DANIEL PALAZZOLO with a residential address located in Chesterfield Township, Michigan.

8. PALAZZOLO has an extensive criminal history in Texas, Florida, and Michigan, including a 2018 charge involving a false report of a terrorist threat and a charge of making a false bomb threat.

9. On Friday, October 9, 2026, FBI agents went to PALAZZOLO's house in Chesterfield Township to attempt to interview him. When they arrived, they encountered PALAZZOLO who was living with his father in the home. PALAZZOLO was compliant and wanted to discuss his last NTOC call in which he complained that the government was violating his property rights. PALAZZOLO admitted to sending the threatening message to V-1 and FO-1 and apologized stating he had no intent to harm anyone. PALAZZOLO also admitted to contacting several federal law enforcement agencies to complain about what he perceives to be an insufficient response to his concerns.

10. Before leaving the residence, FBI-Task Force Officer R.H. provided PALAZZOLO with his cell phone number and a fbi.gov email address. Since that time, PALAZZOLO has sent R.H. a barrage of text messages and has sent more than 50 emails to the fbi.gov email address.

11. On Monday, October 12, 2026, PALAZZOLO sent an email to the fbi.gov email address that R.H. provided during PALAZZOLO's interview. In the body of the email, PALAZZOLO wrote:

a. Listen here you let your Fbi Acting under color of law Conspiracy Against Rights aggravated sexual abuse on me 18 USC 2241 2242 violations that occurred with your cover up artists Piece of dirt FBI Informant [J.C.] Tdcj #XXXX720 in the Texas Department Of Criminal Justice at Hh [X] unit who is exposed for that federal law violations. Well for your Death Penalty Execution we will rape you with tree branches on fire up your ass with nalis in it down your throat too and up your pussy and kill you torcher your cover up artists since you involved with aggravated sexual abuse on me mf [sic]".

12. In addition to the above listed email being sent to the fbi.gov email address, PALAZZOLO also sent the same email to a district court in Texas, the United States Secret Service, and the United States Supreme Court.

13. On Tuesday, October 13, 2026, PALAZZOLO left R.H. two voicemails. The first was at 10:40 a.m. In it, PALAZZOLO told R.H., "if I come up there, I will use deadly force" on the FBI agents and on [Federal Official-2]. The second message, left at 10:45 a.m., instructed R.H. to tell FO-2 to call President Trump, and tell him PALAZZOLO will "use deadly force against every single one of you government officials—FBI, Secret Service will all be fucking killed."

## CONCLUSION

14. Based upon the above information, there is probable cause that on or about October 8, 2026, in the Eastern District of Michigan, ANTHONY DANIEL PALAZZOLO knowingly communicated a threat in interstate commerce to injure and kill V-1 and FO-1 for the purpose of making a threat, knowing the communication would be viewed as a threat, and with reckless disregard for whether others would perceive the communication as a threat, violated 18 U.S.C. § 875(c), Interstate Communications Involving Threats.

15. Based on the foregoing, there is probable cause to believe that PALAZZOLO has committed a violation of 18 U.S.C. § 875(c), Interstate Communications Involving Threats.

Respectfully submitted,

______________________________
Brian Koczenasz, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford
______________________________
Hon. Elizabeth A. Stafford
United States Magistrate Judge